JS-6

FILED
CLERK, U.S. DISTRICT COURT

9/25/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW_____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OBDULIO OLIVA; and OLGA SOLA, in each case individually and as successors in interest to Carlos Oliva-Sola, deceased,<br><br>　　　　　　　Plaintiffs,<br>vs.<br><br>ANTHONY FORLANO; COUNTY OF LOS ANGELES; and DOES 1-10, Inclusive,<br><br>　　　　　　　Defendants. | CASE NO.: CV-14-07091 AB (JEMx)<br>[Before Hon. André Birotte Jr.]<br><br>**ORDER ON JOINT STIPULATION OF DISMISSAL** |

///
///
///
///

1

**ORDER ON JOINT STIPULATION OF DISMISSAL**

Having read and considered the Joint Stipulation of Dismissal filed by all parties to this action, and good cause appearing, IT IS HEREBY ORDERED THAT:

This action is dismissed with prejudice.

**IT IS SO ORDERED.**

Date: September 25, 2015            By: _____
                                    The Honorable André Birotte Jr.
                                    United States District Judge

ORDER ON JOINT STIPULATION OF DISMISSAL